UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**         'O'

| Case No. | 2:15-cv-05671-CAS(Ex) | Date | October 28, 2016 |
|---|---|---|---|
| Title | RANDALL MILLER v. KOWA AMERICAN CORP. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Present                           Not Present

**Proceedings:**   (IN CHAMBERS) - PLAINTIFF RANDAL MILLER'S REQUEST FOR BIFURCATION

At a pre-trial conference held on October 17, 2016, plaintiff Randall Miller requested that the Court bifurcate this action and try the compensatory and punitive damage issues separately.  However, the right to request bifurcation lies with defendants, see Cal. Civ. § 3295(d), and defendant KOWA American Corp. does not oppose trying the issue of punitive damages, if applicable, in a single trial, see dkt. 59.  While it is within the Court's discretion to order separate trials, Fed. R. Civ. P. 42(b), given defendant's request that the trial not be bifurcated and the fact that this request may promote judicial economy, the Court determines that bifurcation is unnecessary.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |